# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| United States for the Use and Benefit of Thomas Industrial Coating, | ) ) ) | |
| Plaintiff, | ) ) | |
| and Thomas Industrial Coating, | ) ) | **ORDER** |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | |
| Western Surety Company, | ) ) | Case No. 1:18-cv-174 |
| Defendant. | ) | |

The Court shall conduct a status conference with the parties by telephone on April 25, 2019, at 10:00 a.m. CDT. To participate in the conference call, counsel should call the following telephone number and enter the following access code:

Tel. No.: (877) 810-9415

Access Code: 8992581

**IT IS SO ORDERED.**

Dated this 23rd day of April, 2019.

                                                                             */s/ Clare R. Hochhalter*
                                                                             Clare R. Hochhalter, Magistrate Judge
                                                                             United States District Court