# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| United States for the Use and Benefit of Thomas Industrial Coating, | ) ) ) | |
|---|---|---|
| Plaintiff, | ) ) | |
| and Thomas Industrial Coating, | ) ) | **ORDER** |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | |
| Western Surety Company, | ) ) | Case No. 1:18-cv-174 |
| Defendant. | ) | |

The Court held a status conference with the parties by telephone on April 25, 2019. Pursuant to its discussion with the parties, this stay case shall be stayed in all respects except for the pending motion for summary judgment, which the Court shall address. A status conference shall be scheduled for September 18, 2019, at 10:00 a.m. CDT by telephone before the Magistrate Judge. To participate in the conference call, counsel should call the following telephone number and enter the following access code:

Tel. No.: (877) 810-9415

Access Code: 8992581

**IT IS SO ORDERED.**

Dated this 25th day of April, 2019.

/s/ Clare R. Hochhalter
Clare R. Hochhalter, Magistrate Judge
United States District Court