# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| United States for the Use and Benefit of Thomas Industrial Coating, | ) ) ) | |
| Plaintiff, | ) ) | |
| and Thomas Industrial Coating, | ) ) | **ORDER** |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | |
| Western Surety Company, | ) ) | Case No. 1:18-cv-174 |
| Defendant. | ) | |

The status conference scheduled for September 18, 2019, shall be rescheduled for October 7, 2019, at 9:00 a.m. by telephone. To participate in the conference call, counsel should call the following telephone number and enter the following access code:

Tel. No.: (877) 810-9415
Access Code: 8992581

**IT IS SO ORDERED.**

Dated this 2nd day of August, 2019.

>*/s/ Clare R. Hochhalter*
>Clare R. Hochhalter, Magistrate Judge
>United States District Court