# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| United States for the Use and Benefit of Thomas Industrial Coating, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| and Thomas Industrial Coating, | ) **ORDER**<br>) |
| Plaintiff, | )<br>) |
| vs. | )<br>) |
| Western Surety Company, | ) Case No. 1:18-cv-174<br>) |
| Defendant. | ) |

The court shall conduct a status conference with the parties by telephone on March 24, 2020, at 9:00 a.m. To participate in the conference call, counsel should call the following telephone number and enter the following access code:

Tel. No.: (877) 810-9415
Access Code: 8992581

**IT IS SO ORDERED.**

Dated this 7th day of October, 2019.

> */s/ Clare R. Hochhalter*
> Clare R. Hochhalter, Magistrate Judge
> United States District Court