**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NORTH DAKOTA**

| | | |
|---|---|---|
| | ) | |
| | ) | |
| United States and Thomas Industrial Coatings, | ) ) | |
| | ) | |
| Plaintiffs, | ) | **ORDER FOR STATUS CONFERENCE** |
| | ) | |
| vs. | ) | |
| | ) | |
| Western Surety Company, | ) | |
| | ) | Case No.: 1:18-cv-174 |
| Defendant. | ) | |

**IT IS ORDERED**:

The court shall hold a status conference by telephone on July 7, 2020, at 9:30 AM (CST).

To participate in the conference, counsel shall call the following number and enter the following

access code:

Tel. No.: (877) 810-9415

Access Code: 8992581

If events unfold such that the parties wish to continue this status conference, counsel are

instructed to contact chambers.

Dated this 24th day of March, 2020.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court