## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| United States and Thomas Industrial Coatings,  Plaintiffs,  vs.  Western Surety Company,  Defendant. | **ORDER FOR STATUS CONFERENCE**  Case No.: 1:18-cv-174 |

**IT IS ORDERED**:

The court shall hold a status conference by telephone on September 3, 2020, at 10:00 AM (CST). To participate in the conference, counsel shall call the following number and enter the following access code:

Tel. No.: (877) 810-9415

Access Code: 8992581

Dated this 9th day of July, 2020.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court