# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| United States for the Use and Benefit of Thomas Industrial Coatings; and Thomas Industrial Coatings, | ) ) ) ) | **ORDER** |
| Plaintiffs, | ) ) | |
| vs. | ) ) | |
| Western Surety Company, | ) ) | Case No. 1:18-cv-174 |
| Defendant. | ) ) | |

On September 4, 2020, the court held a status conference with the parties by telephone. Pursuant to the parties discuss, the stay of this action shall be extended pending further order. Additionally, it is further **ORDERED**:

1. The final pretrial conference set for April 13, 2021, shall be rescheduled for November 23, 2021, at 1:30 p.m. by telephone before the magistrate judge.

2. The jury trial set for April 27, 2021, shall be rescheduled for December 7, 2021, at 9:30 a.m. in Fargo (courtroom #1) before Chief Judge Welte. A nine (9) day trial is anticipated.

3. The magistrate judge shall hold a status conference with the parties by telephone on June 1, 2021, at 9:00 a.m. CDT by telephone.

4. To participate in aforementioned final pretrial conference and status conference, counsel should dial (877) 810-9415 and enter access code 8992581.

**IT IS SO ORDERED.**

Dated this 4th day of September, 2020.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court