## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| United States, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Western Surety Company, | ) | Case No. 1:18-cv-174 |
| | ) | |
| Defendant. | ) | |

The court held a status conference with the parties on October 12, 2021. Pursuant to its discussion with the parties, the court shall schedule another status conference for January 5, 2022, at 10:00 AM by telephone. To participate in the conference, counsel shall call the following number and enter the following access code:

Tel. No. (877) 810-9415

Access Code: 8992581

The parties shall file another status report with the court by December 29, 2021.

**IT IS SO ORDERED.**

Dated this 13th day of October, 2021.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court