# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| United States for the use and benefit of Thomas Industrial Coatings, et al., | ) ) ) | **ORDER** |
| Plaintiffs, | ) ) | |
| vs. | ) ) | |
| Western Surety Company, | ) ) | Case No. 1:18-cv-174 |
| Defendant. | ) | |

Pursuant to its discussion with the parties during a status conference held on September 12, 2025, the final pretrial conference and jury trial scheduled for October 7 and 21, 2025, are cancelled. They shall be rescheduled as necessary at a late date. The court shall hold another status conference with the parties on May 20, 2026, at 10:00 AM CDT by telephone. To participate in the status conference, the parties should call (571) 353-2301 and enter 292466149 followed by # when prompted for the "Call ID." Defendant shall file a status report at least two (2) days prior to the status conference.

**IT IS SO ORDERED.**

Dated this 12th day of September, 2025.

/s/ Clare R. Hochhalter
Clare R. Hochhalter, Magistrate Judge
United States District Court